# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONATO CARDOZA-CASTILLO,<br><br>Defendant. | Case No.: 20-CR-02158-JLS<br><br>**ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
|---|---|

This matter comes before the Court upon the joint application of the parties to continue the Motion Hearing and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

The Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial, to allow requested and on-going discovery to be produced.

IT IS ORDERED that the motion to continue is **Granted**. The motion hearing shall be continued from May 28, 2021 to June 25, 2021 at 2:00 p.m.

IT IS FURTHER ORDERED that the period of delay from May 28, 2021, until June 25, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: May 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge